## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

     Plaintiff,

     v.

JASEN MILLER, JAMIE GOHDE,
LUCAS WEBER, MICHAEL DITTMAN,
SHAWN TOBIE, ANDREW JEZUIT,
RONALD SWENSON, LINDSAY
WALKER and CHRISTOPHER BORTZ,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  17-cv-25-bbc

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

     /s/                                     12/26/2018

Peter Oppeneer, Clerk of Court                 Date