Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court

United States District Court for the Western District of Wisconsin

File number # 17-CV-025-bbc

| | |
|---|---|
| Donta Jenkins<br>Plaintiff<br>v.<br>Captain Miller Et. Al. | Notice of Appeal |

Notice is hereby given that I Donta Jenkins in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit. From an order granting Summary Judgement in favor of the Defendants.

Entered in this Action on the 15th day of January, 2019

Donta Jenkins #506847
Waupun Correctional Institution
PO Box 351
Waupun WI, 53963